## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Karla Evelia GARCIA-ORANTE**<br>DOB: xx/xx/1982<br>Mexican Citizen<br><br>**Gustavo DE LA CRUZ-HERNANDEZ**<br>DOB: xx/xx/1982<br>Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>17-07015MJ |

Complaint for violation of Title 18 United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 5, 2017, at or near Nogales, Phoenix, and elsewhere in the District of Arizona, Karla Evelia GARCIA-ORANTE and Gustavo DE LA CRUZ-HERNANDEZ knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one Colt model 1911 Government Model, .45 ACP semi-automatic pistol bearing serial number 2865150; one Zastava model PAP M92PV, 7.62x39mm semi-automatic pistol bearing serial number M92PV048428; one Rock River Arms model LAR-15, 5.56x45mm semi-automatic rifle bearing serial number CM34876; 10,000 rounds of Tulammo 7.62x39mm ammunition, 7,200 rounds of Red Army Standard 7.62x39mm ammunition, 2,000 rounds of PMC .223 REM ammunition, 15 rounds of Sig .45 ACP ammunition, two rounds of MFS 7.62x39mm ammunition, three rounds of Tulammo 7.62x39mm ammunition, and 51 rounds of Barnaul .223 REM ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On the morning of January 5, 2017, Gustavo DE LA CRUZ-HERNANDEZ entered the United States from the Republic of Mexico through the Nogales, Arizona, Port of Entry driving a Sonoran plated Nissan Tiba, license plate number WEN2561. DE LA CRUZ-HERNANDEZ was followed by a Black GMC Yukon Denali bearing Sonoran plate WCF8524, and driven by Karla Evelia GARCIA-ORANTE. At approximately 12:47 pm the same date, DE LA CRUZ-HERNANDEZ and GARCIA-ORANTE travelled again in tandem northbound through the Interstate 19 checkpoint. At approximately 9:40 pm the same date, the same vehicles were observed traveling southbound on Interstate 19 toward Nogales. The two vehicles stopped in a Carl's Junior parking lot on Mariposa Road in Nogales, where the drivers (DE LA CRUZ-HERNANDEZ and GARCIA-ORANTE) spoke with each other.

(continued on opposite side)

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge *(signature)* | SIGNATURE OF COMPLAINANT *(signature)*<br><br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacqueline M. Rateau* | DATE<br>January 6, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

At approximately 9:55 pm on the same date, the two vehicles pulled out from the parking lot in tandem and headed east on Mariposa Road towards I19, where they both entered the freeway and began to head northbound. The Yukon was riding very low as if it were heavily laden. Nogales Police Department officers attempted a traffic stop of the two vehicles, but were only able to stop the Yukon. The Nissan Tiba continued northbound on the Interstate 19.

The driver of the Yukon, GARCA-ORANTE, told the officer she was headed to Mexico. The officer saw multiple boxes in plain view labeled with 7.62x39, and GARCIA-ORANTE then admitted to having ammunition in the vehicle. A search of the vehicle revealed 19,200 rounds of bulk ammunition, the majority of which was 7.62x39 caliber, as well as three firearms located in the vehicle in three different bags - two within the rear passenger compartment and one in the rear luggage area - and multiple magazines of various calibers, some of which were partially loaded.

At approximately 10:09 pm on the same date, DE LA CRUZ-HERNANDEZ, driving the Nissan Tiba, attempted to exit the United States and enter the Republic of Mexico via the Nogales Port of Entry.

GARCIA-ORANTE was interviewed by law enforcement agents and admitted that she was being paid by unknown persons in Mexico to transport ammunition from the United States into Mexico. GARCIA-ORANTE stated that she was only supposed to pick up ammunition in Phoenix, but that she had seen one of the bags that was placed in her vehicle had contained a pistol and at that time became scared about her continued involvement.

GARCIA-ORANTE stated that the Yukon had been rented by the same unknown persons in Mexico, and was given to her with instructions to follow the Tiba to Phoenix. She was given a cell phone by the same unknown persons; this cell phone was also discovered in the Yukon. GARCIA-ORANTE stated that she saw the Tiba get stopped as it entered the United States and that she then waited at the Shell gas station, immediately north of the Port of Entry for the Tibia to rejoin her. Approximately one hour later the Tiba pulled up and the man driving, DE LA CRUZ-HERNANDEZ, motioned for her to follow him. They then proceeded to Phoenix. Once in Phoenix. DE LA CRUZ-HERNANDEZ and GARCIA-ORANTE travelled to two locations where different vehicles arrived and placed bags and boxes into the Yukon. At the second location, an unknown apartment complex, DE LA CRUZ-HERNANDEZ and GARCIA-ORANTE, as well as an unidentified male and female, all loaded boxes of the bulk ammunition into the Yukon.

GARCIA-ORANTE stated that she does not know DE LA CRUZ-HERNANDEZ, but she positively identified him from a photograph as the man who was driving the Tiba that she had followed all day. GARCIA-ORANTE gave the agents consent to search the cell phone that she had been given, and DE LA CRUZ-HERNANDEZ was found to be listed as a contact within the phone, with a photo of DE LA CRUZ-HERNANDEZ in the contact profile under the name "Compadre Gus."

The firearms, ammunition, and firearms components found in the Yukon were identified as: one Colt model 1911 Government Model, .45 ACP semi-automatic pistol bearing serial number 2865150; one Zastava model PAP M92PV, 7.62x39mm semi-automatic pistol bearing serial number M92PV048428; one Rock River Arms model LAR-15, 5.56x45mm semi-automatic rifle bearing serial number CM34876; 10,000 rounds of Tulammo 7.62x39mm ammunition, 7,200 rounds of Red Army Standard 7.62x39mm ammunition, 2,000 rounds of PMC .223 REM ammunition, 15 rounds of Sig .45 ACP ammunition, two rounds of MFS 7.62x39mm ammunition, three rounds of Tulammo 7.62x39mm ammunition, and 51 rounds of Barnaul .223 REM ammunition.

Neither DE LA CRUZ-HERNANDEZ nor GARCIA-ORANTE had a license, permit, or other lawful authority to export the firearms, ammunition, and firearms components from the United States into the Republic of Mexico.